**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:07-CR-121 CAS |
| v. | ) | |
| | ) | |
| HUSSEIN ALI NURE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on pretrial matters. On the record during change of plea proceedings on July 24, 2007, defendant withdrew his objections to the Magistrate Judge's Order and Recommendation of June 18, 2007, as modified by the Magistrate Judge's Memorandum and Order of June 21, 2007.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that Order and Recommendation of United States Magistrate Judge, as modified, is **sustained, adopted** and **incorporated** herein. [Docs. 159, 168]

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements and defendant's oral motion for suppression of May 7, 2007 are **DENIED**. [Docs. 98, 130]


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this __25th__ day of July, 2007.